# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JERRY DEVELL BENSON,** | ) |
| Petitioner, | ) |
| vs. | ) CIV-13-545-JHP-KEW |
| **JERRY CHRISMAN, Interim Warden**, | ) |
| Respondent. | ) |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **TULSA** County, Oklahoma, which is located within the territorial jurisdiction of the **NORTHERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **NORTHERN** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 18th day of December 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma